UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANNOVER LIFE REASSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff(s), ) ) | |
| vs. ) ) | Case No. 4:07CV1434 JCH |
| RANDALL SUTTON, NATIONAL ) PREARRANGED SERVICES, INC., ) FOREVER ENTERPRISES, INC., ) DAVID R. WULF, AND WULF, BATES ) & MURPHY, INC., ) ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon its review of the record. On August 13, 2007, Plaintiff filed a Motion for Leave to File Pleadings and Documents under Seal. (Doc. No. 4). That same day, United States District Judge Stephen N. Limbaugh ordered that all pleadings and documents containing confidential information, as defined by the Confidentiality Agreement in the arbitration proceedings between Plaintiff and non-party Lincoln Memorial Life Insurance Company, be filed under seal. (Doc. No. 5). Judge Limbaugh further ordered that Plaintiff's Complaint be filed under seal, pending a hearing on the issue of confidentiality. (Id.). This Court held such a hearing on December 17, 2007. At this time, the Court will remove this entire matter from under seal.

Accordingly,

**IT IS HEREBY ORDERED** that United States District Judge Stephen N. Limbaugh's August 13, 2007, Orders placing documents and pleadings in this matter under seal (Doc. No. 5) are **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Pleadings and Documents under Seal (Doc. No. 4) is **DENIED**.

Dated this 15th day of January, 2008.

    /s/ Jean C. Hamilton
    UNITED STATES DISTRICT JUDGE