UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HANNOVER LIFE REASSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff(s), ) ) | |
| vs. ) ) | Case No. 4:07CV1434 JCH |
| RANDALL SUTTON, et al., ) ) | |
| Defendant(s). ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the outstanding motions in this matter (Doc. Nos. 75, 80, 88, 92, 151) are **DENIED** without prejudice.

Dated this 1st day of September, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE